Barrett Law Office, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-4536 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| James Reed,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **JAMES REED,** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: _____Oct. 5_____, 2009   By: _____

BARRETT LAW OFFICE, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | |
| 2 | MAPLES & LOMAX PA<br>2502 Market Street<br>Pascagoula, MS 39567<br>Telephone: (228) 762-3161<br>*Attorneys for Plaintiffs* |

DATED: Oct. 5, 2009   By: /s/ [signature]

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/9/09

_____
Hon. Charles R. Breyer
United States District [Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE